UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | Case No. 1:19-cv-00567-BAM (PC) |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE |
| v. | |
| GALAN, et al., | (ECF No. 2) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO SUBMIT A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| | **FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Kareem J. Howell is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2019, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2.) However, since Plaintiff only submitted the first page of the two-page application form, Plaintiff's application is incomplete.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is denied without prejudice;
2. Within **forty-five (45) days** from the date of service of this order, Plaintiff is directed to submit a complete application to proceed *in forma pauperis*, or, in the alternative, pay the $400.00 filing fee for this action;

1

3. No extension of time will be granted without a showing of good cause;
4. The Clerk's office shall send Plaintiff an application to proceed *in forma pauperis* by a prisoner form; and
5. <u>If Plaintiff fails to either submit a complete application to proceed *in forma pauperis* or pay the $400.00 filing fee within the allotted time, the Court will recommend that this action be dismissed without prejudice.</u>

IT IS SO ORDERED.

Dated: **May 6, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE